

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00681-CV

**IN THE INTEREST OF O.L.R.M.**, Minor Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-10434
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's Order of Dismissal is AFFRIMED.

It is ORDERED that appellee recover its costs of appeal from appellant.

SIGNED June 4, 2014.

Sandee Bryan Marion, Justice